**No. 45518.**—Protest 12326–K of Francis J. Murphy (Boston).

Opinion by EVANS, J. There was testimony tending to show that there was delay in delivering the furs and that they deteriorated by reason of the fact that they had been taken out of cold storage during the time they were in customs custody. There was no testimony to indicate that there was any unnecessary delay on the part of the customs officials. On the record presented the protest was dismissed.

BEFORE THE FIRST DIVISION, MARCH 7, 1941

**No. 45519.**—Protests 573463–G, etc., of Philip Lien (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

BEFORE THE SECOND DIVISION, MARCH 7, 1941

**No. 45520.**—Protests 39638–K, etc., of Hilborn-Hamberger, Inc. (New York).

Opinion by TILSON, J. It was found that the merchandise consists of belting in chief value of tinsel wire of metal threads. The claim at 30 percent under paragraph 385 and T. D. 48316 was therefore sustained.

**No. 45521.**—Protests 5478–K, etc., of Ades Bros. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45522.**—Protest 963037–G of Sears, Roebuck & Co. (Los Angeles).

Opinion by DALLINGER, J. From the record it was found that the staples in question are more than sixty-five one-thousandths of an inch in diameter. They were therefore held dutiable at six-tenths of 1 cent per pound under paragraph 331 as claimed.

**No. 45523.**—Protests 963045–G, etc., of Amerlux Steel Corp. et al. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of wire netting with no weft or filling wires or threads. On the authority of *Wilbur Ellis Co.* v. *United States* (6 Cust. Ct. 57, C. D. 426) the claim at 45 percent under paragraph 397 was sustained.